Michael Aletum Ambe
790 Fairview Avenue
Apt 520
Takoma Park, MD 20912



Versus

Perfect Settings Inc
1851 South Club Drive
Landover, MD 20785

FILED ENTERED
LODGED RECEIVED

APR 13 2020

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Complaint

My name is Mr. Michael Aletum Ambe. I am totally deaf plaintiff in case of the Perfect Settings (defendant). I am going to go ahead and file with district court of Maryland. This is a new case and also ~~anti~~ contain Notice of right to sue letter from EEOE to issue it to Clerk of office and file right away.

Washington field office", I am going to explain carefully about the situation of case. The washington field office in EEOC location stated my case was already dismissed because the EEOC cannot find "Americans with disability Act" regulations and Equal Opportunity Act laws/guidelines. EEOC tried to ask for call record device like call automated record and EEOC looked for testimony or evidence or proof of device like Sound "voice".

② 

In fact, My Purple number from Purple Communication Inc. The purple cannot keep overall details about call automated record like Sound "Voice" because Purple must subject to Federal Communication Commission regulations/guidelines. Right now, I am trying to explain about discrimination against my disability " how employer (Perfect Settings Inc.) discriminated against my disability.

In fact, My employer (Perfect Settings Inc) called my Purple number through ~~stop~~ Purple relay Service "asking me to come to the Office for interview session in person" I request them to provide the reasonable accomodation for interview session in person. They ~~say~~ said they did not want to provide the reasonable accomodation for interview sessions in person. and stated the owner (Peter Frazzini) wasn't ~~was~~ in his office and he was back to figure it out. I followed with HR and the Owner a long ago. I never received responses from Perfect Settings Inc. and I noticed that the perfect Settings honeltly denied my disability and my request for interview session in person at all.

(3)

Honestly, Here is reasonable Cause and their false statements/comments was certified that the perfect settings Inc. is "NOT" in compliance with the Statutes/regulations because the Perfect Settings Inc already refused to provide "reasonable accomodation for my disability for the role" through purple video phone. The Perfect Settings Inc failed to be trained by "Fair Employment practices" and perfect Settings Inc failed to comply with ADA requirements and EOA (Equal Opportunity Act). The call record had been indicated/evidenced by purple Communication Inc. Purple cannot retain the details about "call voice record". The FCC rules doesn't allow "Purple" to provid the details to any Federal administration/Commission.

(4)

Case 8:20-cv-00944-DKC Document 1 Filed 04/13/20 Page 5 of 5

In fact, I am deaf customers, resident of the United States to use my Purple video phone and also my purple number. The purple communication Inc. honestly supports me and overall deaf customers overall the united States. The purple Communication Inc. is really honored because our deaf customers have the right to look for our goal of lives. Our deaf customers have got to succeed our goal of lives because of their communication skill over the United States.

I hope this information is very helpful and let me know if you have any question or concerns regarding please this is my purple number 301-830-6950 directly,

Regard,

Michael Aletum